UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CLARENCE WAYNE ROBINSON,                )                                          | |
|                                         )   CIVIL ACTION NO. | |
|     Petitioner,                         ) | |
|                                         )   3:05-CV-1119-G | |
| VS.                                     ) | |
|                                         )   CRIMINAL ACTION NO. | |
| UNITED STATES OF AMERICA,               ) | |
|                                         )   3:02-CR-246-G | |
|     Respondent.                         ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct and they are hereby accepted as the findings of the court, except for the following:

1. The first count listed on page 1 should be changed from "21 U.S.C. § 841(a)(1)" to "21 U.S.C. §§ 841(a)(1), (b)(1)(C)".

2. The citation on page 2, line 7 should be changed to read, "*Id*. at 687."

3. The citation on page 2, lines 9 and 10 should be changed to read, "*United States v. Herrera*, 412 F.3d 577, 580 (5th

      Cir. 2005) (quoting *United States v. Conley*, 349 F.3d 837, 841 (5th Cir. 2003))."

4. The citation on page 2, line 11 should be changed to read, "*Strickland*, 446 U.S. at 692."

5. The quotation on page 2, line 13 should be changed from "proceedings" to "proceeding".

6. The citation on page 2, line 13 should be changed from, "*Id*. at 2068;" to "*Id*. at 694."

7. The citation on page 2, line 17 should be changed to "*See Romero v. Lynaugh*, 884 F.2d 871, 876 (5th Cir. 1989), *cert. denied*, 494 U.S. 1012 (1990)."

8. The quote on the last line of page 2 should be changed from "explain" to "explain[ ]".

9. The quote on the first line of page 3 should be changed from "interview potential" to "interview the potential".

10. The citation beginning on the first line of page 4 should be changed to read "*Castillo*, 530 U.S. at 131."

11. All citations to the Supreme Court Reporter should be changed from "S.Ct." to "S. Ct.".

12. All citations to the United States Supreme Court Reports, Lawyers' Edition should be changed from "L.Ed.2d" to "L. Ed. 2d".

**SO ORDERED**.

September 16, 2005.

                                      _____
                                      A. JOE FISH
                                      CHIEF JUDGE